UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VINA DOAN NGUYEN, | ) NO. CV 06-4260-GAF (MAN) |
| Petitioner, | ) |
| v. | ) JUDGMENT |
| ROBERT HERNANDEZ, | ) |
| Respondent. | ) |

Pursuant to the Court's Order Adopting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that this action is dismissed with prejudice.

DATED: 8/7/09 .

GARY A. FEESS
UNITED STATES DISTRICT JUDGE